MATTHEW G. KLEINER (SBN: 211842)
mkleiner@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7419
Facsimile: (619) 696-7124

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANDERSON.<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AETNA LIFE INSURANCE COMPANY<br><br>　　　　Defendant. | CASE NO. 2:20-cv-01164-RGK-PVC<br><br>Los Angeles Superior Court Case No.: 19STSC14493<br><br>**JOINT RESPONSE TO ORDER TO SHOW CAUSE** |

TO THIS COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff David Anderson ("Plaintiff") and Defendant Aetna Life Insurance Company ("Defendant") (collectively the "Parties") hereby respond to the Court's March 17, 2020 Order to Cause (Dkt 10) as follows:

On December 27, 2019, Plaintiff filed its Complaint in the Superior Court of California, County of Los Angeles, Small Claims Division. (Dkt. 1-1). On February 5, 2020, Defendant filed a Notice of Removal to this Court. (Dkt 1).

On February 11, 2020, the Parties started the meet and confer process regarding the claims at issue. The Parties stipulated to a 30-day extension and this

1  Court granted the stipulation.  The Parties have continued to meet and confer
2  regarding possible resolution and have been exchanging information regarding the
3  dispute.
4     In order to continue the meet and confer process, on March 17, 2020 the
5  Parties filed a second stipulation for an additional 30-day extension to respond to
6  the Complaint, which this Court denied on March 18, 2020.
7     On March 18, 2020, Defendant filed an answer to the Complaint.
8     The Parties, through meet and confer efforts, are continuing to work together
9  in an attempt to reach an informal resolution.
10    For the reasons set forth above, the Parties request the Court not dismiss this
11  action for lack of prosecution.
12    IT IS SO STIPULATED.

Dated: March 24, 2020

By: _____
David Anderson
Plaintiff in Pro Per

Dated: March 24, 2020

GORDON REES SCULLY
MANSUKHANI, LLP

By:  */s Matthew G. Kleiner*
Matthew G. Kleiner
Attorneys for Defendant
Aetna Life Insurance Company

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Michelle L. Steinhardt hereby attests that all other signatories listed concur in the content of this document and have authorized its filing.*

*/s/ Matthew G. Kleiner*
Matthew G. Kleiner

**Gordon Rees Scully Mansukhani, LLP**
101 W. Broadway, Suite 2000
San Diego, CA  92101

1204947/50772612v.1

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP 101 West Broadway, Ste. 2000, San Diego, California. On the date indicated below, I served the within documents as follows:

☒ **BY E-SERVICE:** I caused the document(s) listed above to be sent to the person at the e-mail address on the service list below on the dates and at the times stated thereon. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful

David Anderson
816 North Edinburgh Avenue, #3
Los Angeles, CA 90046-6939
(818) 493-5145
1964.dav.and@gmail.com

Plaintiff in *Pro Per*

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on March 24, 2020 at San Diego, California.

*Susan P. Kaye*
Susan P. Kaye