NOTE: CHANGES MADE BY THE COURT

## JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID ANDERSON | ) CASE NO. 2:20-cv-01164-RGK-PVC |
|---|---|
| Plaintiff, | ) Los Angeles Superior Court Case No.: 19STSC14493 |
| vs. | ) [~~PROPOSED~~] ORDER RE DISMISSAL |
| AETNA LIFE INSURANCE COMPANY | ) [FED. R. CIV. P. 41(A)(II)] |
| Defendant. | ) |

Pursuant to the stipulation of the parties, **the Court dismisses this action without prejudice, each party bearing its own fees and costs.**

**IT IS SO ORDERED.**

Dated: July 23, 2020

*/s/ Gary Klausner*
_____
Judge of the United States District Court